| | | |
|---|---|---|
| John B. Shely<br>State Bar No. 18215300<br>*jshely@huntonak.com*<br>M. Katherine Strahan<br>Texas State Bar No. 24013584<br>*kstrahan@huntonak.com*<br>Hunton Andrews Kurth LLP<br>600 Travis Street, Suite 4200<br>Houston, Texas 77002<br>Telephone: (713) 220-4200 | Justin R. Opitz<br>State Bar No. 24051140<br>*jopitz@mcguirewoods.com*<br>McGuireWoods LLP<br>2000 McKinney Avenue<br>Suite 1400<br>Dallas, TX 75201<br>Telephone: (214) 932-6433 | Aaron G. McCollough<br>*amccollough@mcguirewoods.com*<br>McGuireWoods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601<br>Telephone: (312) 849-8256 |

*Counsel for Aetna Health Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>REVOLUTION MONITORING, LLC<br><br>REVOLUTION MONITORING MANAGEMENT, LLC<br><br>REVOLUTION NEUROMONITORING LLC<br><br>    Debtors. | § § § § § § § § § § § § | <br><br>Case No. 18-33730-hdh<br><br>Case No. 18-33731-hdh<br><br><br>Case No. 18-33732-hdh<br><br><br>(Jointly Administered) |
| MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC.<br><br>    Plaintiff,<br><br>v.<br><br>AETNA HEALTH INC.,<br><br>    Defendant. | § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br>Adversary No. 20-03115-hdh |

## AETNA HEALTH INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Bankruptcy Civil Procedure 7007.1, Defendant Aetna Health Inc. discloses as follows:

Aetna Health Inc. is 100% owned by Aetna Health Holdings, LLC, which is 100% owned by Aetna Inc., which is 100% owned by CVS Pharmacy, Inc., which is 100% owned by CVS Health Corporation (the ultimate parent). CVS Health Corporation is a publicly traded corporation which has no parent corporation.

OF COUNSEL:

HUNTON ANDREWS KURTH LLP
   and
M. KATHERINE STRAHAN
State Bar No. 24013584
*kstrahan@HuntonAK.com*
KELSEY J. HOPE
State Bar No. 24092538
*kelseyhope@HuntonAK.com*
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone:  (713) 220-4200
Facsimile:   (713) 220-4285
   and
JUSTIN R. OPITZ
Texas State Bar No. 24051140
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: (214) 932-6433
Telecopier: (214) 273-7487
*jopitz@mcguirewoods.com*
AARON G. MCCOLLOUGH
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849-8256
Telecopier: (312) 698-4522
*amccollough@mcguirewoods.com*

Respectfully submitted,

By:  *s/John B. Shely*
    JOHN B. SHELY
    State Bar No.18215300
    600 Travis, Suite 4200
    Houston, Texas 77002
    Telephone: (713) 220-4200
    Facsimile:  (713) 220-4285
    *jshely@HuntonAK.com*

**ATTORNEY-IN-CHARGE FOR DEFENDANT AETNA HEALTH INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. Bankruptcy Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known "Filing Users:"

Lewis T. LeClair
MCKOOL SMITH, P.C.
300 Crescent Court Suite 1500
Dallas, Texas 75201

Nicholas A. Foley
Texas State Bar No. 07208620
8146 San Fernando Way
Dallas, Texas 75218

*s/ John B. Shely*
John B. Shely